# SENTENCING MINUTES

DATE: 6/6/19  CASE NUMBER: 3:18CR90-03
JUDGE: Gibney  CT REPORTER: G. Halasz, OCR
INTERPRETER: _____

UNITED STATES OF AMERICA  Olivia Norman, AUSA

v.  COUNSEL

Marcus Ian Watson  George Townsend, IV, ESQ.

SENTENCING ON COUNT(S): 4   ( ) Criminal Information
( ) Indictment (✓) Superseding Ind.

**OBJECTIONS TO PSR:**
none

**PRELIMINARY MATTERS:**


STATEMENTS MADE BY: GOV'T (✓) DEFENSE COUNSEL (✓) DEFT (✓)

**ON MOTION OF GOV'T,** ( ) INDICTMENT (✓) REMAINING CTS. DISMISSED.

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today (✓)

DEFT REMANDED TO CUSTODY (✓)

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**
ON: _____  BY: _____
( ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

CASE SET: 2:00pm  BEGAN: 2:02pm  ENDED: 2:45pm  TIME IN COURT: 43 mins.

PAGE TWO (2)

**SENTENCE TEXT**

COUNT __4__   IMPRISONMENT __37__ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

CREDIT FOR TIME SERVED ON THIS CHARGE (✓)

SUPERVISED RELEASE __5__ YEARS

PROBATION _____ YEARS

FINE $_____   (✓) Fine not imposed

SPECIAL ASSESSMENT $ __100__ due immediately

COUNT _____   IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS   CONCURRENT ( )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

COUNT _____   IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS   CONCURRENT ( )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ( )**

**RESTITUTION ORDERED:** _____

_____

**RECOMMENDATION(S) TO BOP:**
(✓) Designate dft. to (a facility near family) __Fredericksburg, VA__
(✓) BOP 500-hr intensive drug treatment program, if the defendant qualifies and volunteers
( ) UNICOR program ( ) with _____ portion of earnings directed to child support
(✓) Educational /Vocational training ( ) SHOCK Incarceration Program ( ) BRAVE Program

( ) OTHER: _____

PAGE THREE (3)

**SPECIAL CONDITIONS of Probation / Supervised Release:**

____✓__(1) Incur no new credit without approval of probation officer
____✓__(2) Provide probation officer with access to financial information
____✓__(3) Participate in drug/alcohol treatment, if deemed necessary; __Gov't__ Pay cost
_____(4) Participate in mental health treatment, if deemed necessary; _____ Pay cost
_____ Participate in anger management
____✓__(5) The defendant shall not consume any alcohol _or marijuana or THC init_, even if legal.
____✓__(6) Participate in a program such as Narcotics Anonymous/Alcoholics Anonymous or a
similar secular program (any secular equivalent to NA/AA must be approved by the
probation officer and the Court.) Dft shall begin attendance within __2 weeks__ of
release. Defendant shall attend 90 meetings within 90 days. Defendant shall obtain a
sponsor who will confirm the sponsor relationship with the probation officer.
____✓__(7) Pay child support in amount ordered by social services or Court.
____✓__(8) Defendant shall pay any balance owed on the S/A imposed by the Court
____✓__ Pay in installments of not less than $__5__ per month,
to begin 30 /(60) days after start of supervision until paid in full
_____(9) Defendant to apply monies received from tax refunds, lottery winnings, and any
anticipated or unexpected financial gains to the Court-ordered financial obligation
_____(10) Mandatory drug testing waived; ___ PO may still administer drug test if appropriate
_____(11) Perform community service _____ HOURS during period of supervision
_____(12) Participate in home confinement program for _____ with monitoring
_____ Permitted to work, attend church, or other approved activities
_____ Maintain telephone without special features; no cordless phone
_____ Pay costs of electronic monitoring
_____(13) Defendant to be surrendered to BICE for deportation proceedings
_____ If deported, defendant to remain outside the United States
____✓__(14) Waive all rights of confidentiality regarding mental health/substance abuse treatment
(or other treatment) to allow release of information to Probation, etc.
_____(15-19) ___ Defendant shall register with the state sex offender registration agency in any state where he resides, is employed, a student, etc., ____ Defendant shall not own or have a computer in his residence or place of employment. Also, he shall not use a computer to access any online computer services at any location, including employment without the prior approval of the probation officer. This includes any internet service provider bulletin board systems, or any other public or private computer network. ___Defendant shall not have any access to or possess any pornographic material, pictures displaying nudity, or magazines using juvenile models or pictures of juveniles under the age of 18 years. ___ Defendant shall not be in the presence of children under the age of 18 without another responsible adult being present. ___ Defendant shall not accept any paid or volunteer positions involving children.
_____(---) **Other special conditions:**

_____

_____

_____

_____