IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                                                              Criminal Action No. 3:18cr90

MARCUS IAN WATSON,
Defendant.

## ORDER

This matter comes before the Court on the Petition on Supervised Release filed on March 22, 2022 ("the Petition"), and the Addendum to the Petition on Supervised Release filed on April 21, 2022 ("the Addendum"). (ECF Nos. 298, 303.) The Petition sets forth two violations: (1) failure to participate in group substance abuse treatment; and (2) use of marijuana. (ECF No. 298.) The Addendum sets forth one additional violation for use of amphetamine and marijuana.[1] (ECF No. 303.)

At the supervised release hearing held on April 21, 2022, the defendant admitted the violations. Accordingly, the Court finds the defendant GUILTY of the violations and REVOKES his supervised release.

The Court finds the advisory sentencing range for the violations to be three to nine months' imprisonment and the statutory maximum to be twenty-four months' imprisonment. For the reasons stated from the bench, the Court SENTENCES the defendant to three months' imprisonment with forty-eight months' supervised release to follow. On supervised release, the defendant shall be subject to the same terms and conditions previously imposed, except that the

---

[1] During an April 21, 2022 hearing, the government stated that the test results identified in the Addendum have been confirmed.

Court MODIFIES Special Condition #2 by substituting "Within one week of release" for "Within two weeks of release." (ECF No. 152, at 4.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and to the United States Probation Office, Richmond Division.

Date: 21 April 2022
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge